

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CESARIO URIAS, CESARIO V. URIAS, JOEL URIAS, AND SONIA URIAS, | § | No. 08-21-00063-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
| OWL SPRINGS NORTH, LLC, OWL SPRINGS HOLDINGS, LLC, AND BARBARA PREWIT, | § | (TC# 19-11-23264-CVR) |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. We affirm the trial court's final judgment granting summary judgment with respect to limitations and estoppel and reverse as to waiver and changed conditions. We remand the matter for proceedings consistent with this opinion.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS ORDERED THIS 27TH DAY OF DECEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J., dissents without opinion.